THE STATE OF TEXAS
CIVIL CITATION
CASE NO.199-03395-2013

Chelsea L Davis Vs. Samuel F Baxter

In the 199th District Court
Of Collin County, Texas

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: Samuel F Baxter
400 Creekside Drive
Marshall TX 75672, Defendant

GREETINGS: You are commanded to appear by filing a written answer to **Original Petition** at or before ten o'clock A.M. on the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 199th District Court of Collin County, Texas at the Courthouse of said County in McKinney, Texas.

Said Plaintiff's Petition was filed in said court, by Chelsea L Davis 25 Highland Park Vlg Ste 100-830 Dallas TX 75205 (Attorney for Plaintiff or Plaintiffs), on August 27, 2013, in this case, numbered 199-03395-2013 on the docket of said court.

The natures of Plaintiff's demand is fully shown by a true and correct copy of **Original Petition** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at McKinney, Texas, on this the 27th day of August, 2013.

ATTEST: Andrea Stroh Thompson, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

By/s/ _____ Deputy
Kim Sherrin

The law prohibits the Judge and the clerks from giving legal advice so please do not seek legal advice. Any questions you have should be directed to an attorney.

# SHERIFF'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____M., and executed in _____ County, Texas, by delivering to the within named Respondent/Defendant, to-wit:

_____, at _____ o'clock _____M., _____, 20_____,

_____, at _____ o'clock _____M., _____, 20_____,

_____, at _____ o'clock _____M., _____, 20_____,

_____, at _____ o'clock _____M., _____, 20_____,

each, in person, a true copy of this instrument with a true and correct copy of the document attached thereto having first endorsed on such copy of said instrument the date of delivery.

[ ] Not executed. The diligence used in finding defendant being _____

_____

[ ] Information received as to the whereabouts of defendant being _____

_____

Total Fees . . . . . . . . . . . . . $_____

_____ Sheriff / Constable / District Clerk

_____ County, Texas

By _____, Deputy

\*\* Service by Rule 106 TRC if directed by attached Court Order
© TDCA2003

**VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)**

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, this _____ day of

_____, 20_____.

_____