199TH JUDICIAL DISTRICT COURT

# DOCKET SHEET
## CASE NO. 199-03395-2013

**Chelsea L Davis Vs. Samuel F Baxter**  §  
§  Location: **199th District Court**  
§  Judicial Officer: **Tucker, Angela**  
§  Filed on: **08/27/2013**

---

### CASE INFORMATION

Case Type: **Other Injury or Damage**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**  
Case Number           199-03395-2013  
Court                 199th District Court  
Date Assigned         08/27/2013  
Judicial Officer      Tucker, Angela

---

### PARTY INFORMATION

**Plaintiff**    Davis, Chelsea L  
                                                                                          Pro Se

**Defendant**    Baxter, Samuel F  
                                                                                          Pro Se

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|

**08/27/2013**   Plaintiff's Original Petition (OCA) $278.00  
  *Original Petition*  
  Party: Plaintiff Davis, Chelsea L

**08/27/2013**   Request for Citation $8.00  
  *x1*  
  Party: Plaintiff Davis, Chelsea L

    **08/27/2013**   **Citation**  
        Baxter, Samuel F          unserved

**08/29/2013**   Request for Copies $1.00 / pg  
  Party: Plaintiff Davis, Chelsea L

**08/29/2013**   Request for Copies $1.00 / pg  
  Party: Plaintiff Davis, Chelsea L

---

### FINANCIAL INFORMATION

**Plaintiff** Davis, Chelsea L  
Total Charges                                                                        282.00  
Total Payments and Credits                                                           282.00  
**Balance Due as of 9/9/2013**                                                         0.00