**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| Chelsea L. Davis, <br><br> *Plaintiff* <br><br> v. <br><br> Samuel F. Baxter, <br><br> *Defendant* | **Case 4:13-cv-00514** |

<u>**ORDER**</u>

Before the Court on this ____ day of _____, 2013, is Plaintiff's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(2).  Plaintiff's request to voluntarily dismiss her claims has merit and the Court is therefore of the opinion that said motion should be GRANTED.

ACCORDINGLY, IT IS ORDERED that Plaintiff's claims are dismissed without prejudice to refiling at a later date and without an award of fees or costs.