**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv514 |
| | § | Judge Clark/Judge Mazzant |
| SAMUEL F. BAXTER, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court are Plaintiff's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(2) [Doc. #5] and Defendant's Consent to Motion to Dismiss [Doc. #6]. The parties move for dismissal without prejudice.

It is **ORDERED** that Plaintiff's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(2) [Doc. #5] is **GRANTED.** The court further **ORDERS** that all claims and causes of action are dismissed without prejudice, with no award of fees or costs.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** on October  7 , 2013.

_____
Ron Clark, United States District Judge

1