\*\* NOT PRINTED FOR PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § § | |
| *Plaintiff,* | § § | CIVIL ACTION No. 4-13-CV-514 |
| v. | § § | JUDGE RON CLARK |
| SAMUEL F. BAXTER, | § § | |
| *Defendant.* | § § | |

### ORDER REGARDING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME

Before the court are several motions from Plaintiff asking the court to vacate the previously entered order dismissing the case without prejudice or to extend the time to file an appeal. [Doc. ## 8, 10, 11]. For the reasons set forth in the Order Denying Plaintiff's Motion to Vacate Order of Dismissal [Doc. # 9], Plaintiff's motions [Doc. ## 8, 10, 11] are also DENIED.

So **ORDERED** and **SIGNED** on December  12 , 2013.

                                                                 Ron Clark, United States District Judge

1